No. 90–7953.  CRANE v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied. ▮

No. 90–7971.  LOCKHART v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90–7986.  RUIZ-VALDEZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 90–7989.  JOHNSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90–7993.  CAUDLE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied. ▮

No. 90–7995.  JOHNSON v. ATTORNEY GENERAL OF ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied. ▮

No. 90–8005.  DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash.  Certiorari denied.

No. 90–8025.  MURPHY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–8053.  BOUDREAUX v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 90–8058.  CARNEY v. DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 90–8068.  SMITH v. UNITED STATES.  C. A. 7th Cir. Certiorari denied. ▮

No. 90–8071.  BEVERLY ET AL. v. UNITED STATES; and
No. 90–8087.  BROWN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 90–8074.  REUVELTA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied. ▮

No. 90–8077.  REYES-VASQUEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ▮